FAX or Internet

UNITED STATES DISTRICT COURT

for the

District of Arizona

In the Matter of the Search of )
**Priority Mail Parcel 9505506633962185666285** )
**addressed to PO BOX 91** )
**Supai AZ 86435** )   Case No. 22-04319MB
)
)
)

**ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT**

To:     Any authorized law enforcement officer.

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of  Arizona._____
*(identify the person or describe the property to be searched and give its location)*: **USPS Priority Mail parcel bearing USPS tracking number 9505506633962185666285, addressed to " PO BOX 91 Supai, AZ 86435," with no return address. It is a Priority Mail Large Flat Rate box; measuring approximately 12.25 X 12 X 6 inches; weighing approximately 8lbs 1 oz; postmarked July 4, 2022; and bearing $21.50 in postage.   This parcel is referred to as SUBJECT PARCEL 1.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:  **See Attachment A.**

I find that the affidavit(s), or any recorded testimony, have been communicated by reliable electronic means and establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before

     September 8, 2022     
     *(not to exceed 14 days)*

[X] in the daytime  6:00 a.m. to 10 p.m.     [ ] at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge   Any U.S. Magistrate Judge in the District of Arizona   .
                                                *(Name)*

[ ] I find that immediate notification may have an adverse result as specified in 18 U.S.C. §3103a  (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  [ ] for _____ days *(not to exceed 30)*.
                                    [ ] until, the facts justifying, the later specific date of _____.

Date and Time Issued: _____     **Camille D. Bibles**  Digitally signed by Camille D. Bibles
                                         Date: 2022.08.25 18:20:07 -07'00'
                                              *Judge's Signature*

City and State:   Flagstaff, Arizona         Camille D. Bibles, United States Magistrate Judge

## ATTACHMENT A

### THINGS TO BE SEARCHED FOR AND
### SEIZED FROM THE SUBJECT PARCEL

1. The subject parcel/package described in the search warrant.

2. Any postage and packaging (e.g., paper, labels, plastic bags, or sealers) and associated receipts.

3. Any spirituous, vinous, malted, fermented, or other intoxicating liquors of any kind (alcohol) as well as any containers or additional packaging for same.

4. Any receipts or evidence of purchase for the alcohol.

5. Any indicia of ownership and/or who was the sender and/or recipient of the package, such as anything with the owner's, sender's, and/or recipient's name and/or address on it.

| Return | | |
|---|---|---|
| Case No.: <br> 22-04319MB | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

                                                                       _____
*Executing Officer's Signature*

                                        Aaron E. Behnen, United States Postal Inspector
                                                            *Printed Name and Title*

FAX or Internet

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of:  )
**Priority Mail Parcel 9505506633962185666285 addressed**  )
**to PO BOX 91 Supai AZ 86435**  )   Case No.  22-04319MB
  )
  )

(Original To Be Filed With Court)

## ELECTRONIC APPLICATION FOR SEARCH WARRANT

I, the undersigned, a federal law enforcement officer, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on and within the following person or property:

USPS Priority Mail parcel bearing USPS tracking number 9505506633962185666285, addressed to " PO BOX 91 Supai, AZ 86435," with no return address.  It is a Priority Mail Large Flat Rate box; measuring approximately 12.25 X 12 X 6 inches; weighing approximately 8lbs 1 oz; postmarked July 4, 2022; and bearing $21.50 in postage.  This parcel is referred to as **SUBJECT PARCEL 1.**

located in the _____ District of _____ Arizona _____, there is now concealed:
**See Attachment A.**

The basis for the search under Fed. R. Crim. P. 41(c) is:

[X] evidence of a crime;

[X] contraband, fruits of crime, or other items illegally possessed;

[ ] property designed for use, intended for use, or used in committing a crime;

[ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Sections* | *Offense Descriptions* |
|---|---|
| 18 U.S.C.  § 1716(f) and (j)(1) | Intoxicating Liquors Non-Mailable |

The application is based upon the following facts:

[X] Continued on the attached sheet (see attached **Affidavit**).

[ ] Delayed notice of _____ days (give exact ending date if more than 30 days) days: is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by:  */s AUSA Wayne Venhuizen*
**Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.**
Executed on  8/25/2022

*Applicant's Signature*

Aaron E. Behnen , Postal Inspector, USPIS
*Printed Name and Title*

__X__ Sworn by Telephone
Date/
Time:

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2022.08.25 18:20:30 -07'00'

*Judge's Signature*

City and State:  Flagstaff, Arizona         Camille D. Bibles , United States Magistrate Judge
*Printed Name and Title*

## ATTACHMENT A

### THINGS TO BE SEARCHED FOR AND
### SEIZED FROM THE SUBJECT PARCEL

1. The subject parcel/package described in the search warrant.

2. Any postage and packaging (e.g., paper, labels, plastic bags, or sealers) and associated receipts.

3. Any spirituous, vinous, malted, fermented, or other intoxicating liquors of any kind (alcohol) as well as any containers or additional packaging for same.

4. Any receipts or evidence of purchase for the alcohol.

5. Any indicia of ownership and/or who was the sender and/or recipient of the package, such as anything with the owner's, sender's, and/or recipient's name and/or address on it.

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## ELECTRONICALLY SUBMITTED AFFIDAVIT

I, <u>United States Postal Inspector Aaron E. Behnen</u>, state under oath as follows:

1. I am a Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been so employed since July 2013. I started my law enforcement career with the Anchorage Police Department in February 2006 and worked as a patrol officer until beginning my career with the USPIS. I am currently assigned to the Phoenix Division, Team 0848, and I am responsible for investigating (among other crimes) non-mailable matter involving the United States mails, including, but not limited to, explosive materials and alcohol. I have assisted with and participated in investigations involving the transmission of controlled substances, alcohol, and other non-mailable matter through the United States mails. In October 2013, I completed a 12-week Basic Inspector Training course in Potomac, Maryland, which included training in the investigation of non-mailable matter via the US Mail. In June 2015, I also completed a class taught by the United States Postal Inspection Service regarding the mailing of narcotics. This class included a list of parcel characteristics that the United States Postal Inspection Service has deemed indicative of contraband packaging.

2. Prior to working in Phoenix, Arizona I worked as a Postal Inspector based in Anchorage, Alaska. During my time in Anchorage, I worked many

investigations involving the shipment of alcohol to rural communities that consisted mostly of Native Alaskan and Native Indian populations. I have successfully seized, or helped seize, alcohol from numerous mail parcels and conducted an investigation that led to the conviction for violation of 18 U.S.C. § 1716(f).

3. The facts set forth in this affidavit are based upon my personal observations, training, experience, and information obtained from other law enforcement agents and investigators, including those described below. This affidavit is made for the sole purpose of demonstrating probable cause, and it does not purport to set forth all of my knowledge of this investigation.

### Parcels to Be Searched

4. This is a common affidavit for search warrants for two separate parcels that were deposited in the United States mail for delivery in Supai, Arizona. It is believed that these parcels contain alcohol, which are nonmailable pursuant to 18 U.S.C. § 1716(f) and (j)(1). Section 1716(f) states: "All spirituous, vinous, malted, fermented, or other intoxicating liquors of any kind are nonmailable and shall not be deposited in or carried through the mails." 18 U.S.C. § 1716(f). Furthermore, section 1716(j)(1) states, "Whoever knowingly deposits for mailing or delivery … anything declared nonmailable by this section, unless in accordance with the rules and regulations authorized to be prescribed by the Postal Service, shall be fined under this title or imprisoned not more than one year, or both." 18 U.S.C. § 1716(j)(1).

5. The first parcel to be searched, which is referred to as the "SUBJECT PARCEL 1," is a United States Priority Mail 1-Day Parcel, addressed to "PO BOX 91 Supai, AZ 86435," with no return address which had a USPS Self-Service Kiosk (SSK).[1] postage label created on July 4, 2022, saying it was mailed from ZIP 86401 which is associated to Kingman, AZ. It is a white USPS Large Flat Rate cardboard box measuring approximately 12.25" x 12" x 16", weighing approximately 8 pounds 1 ounce, with the USPS tracking number 9505506633962185666285 on the postage label. SUBJECT PARCEL 1 is currently located at the main United States Post Inspection Service Office at 111 W Monroe St, Suite 900, Phoenix, AZ 85003.

6. The second parcel to be searched, which is referred to as the "SUBJECT PARCEL 2," is a United States Priority Mail 1-Day Parcel, addressed to "PO BOX 91 Supai, AZ 86435," with no return address, which had a USPS SSK postage label created on July 4, 2022, saying it was mailed from ZIP 86401 which is associated to Kingman, AZ. It is a brown "*Home Depot* heavy Duty Small" cardboard box measuring approximately 17" x 11.5" x 11.5", weighing approximately 17 pounds

---

[1] Self-Service Kiosks are placed in retail lobbies to enable customers to ship packages, mail letters, and buy stamps. Additional SSK functions include scheduling a passport application appointment and obtaining an acceptance scan for prepaid mail pieces (PC postage or Return merchandise label). The goal of the Self-Service Kiosk program is to provide customers with a convenient self-service alternative to the full-service counter. This equipment is located in Post Office lobbies and the majority of Self-Service Kiosks are available 24 hours, 7 days per week.

13.2 ounces, with the USPS tracking number 9505506633962185666308 on the postage label. SUBJECT PARCEL 2 is currently located at the main United States Post Inspection Service Office at 111 W Monroe St, Suite 900, Phoenix, AZ 85003.

7.  The things to be searched for and seized from the parcels are particularly described in Attachment A.

## Background

8.  The village of Supai is located in the District of Arizona, Coconino County, within the Grand Canyon, and it is the capital of the Havasupai Indian Reservation. The Havasupai Tribe of the Havasupai Reservation, Arizona Havasupai Indian Tribe, is a federally recognized Indian tribe. Supai has a very small population – approximately 500 people. Most of the people who reside in Supai are Native American and are members of the Havasupai Indian Tribe.

9.  Based on my training and information provided to me by Bureau of Indian Affairs police officers, Supai is one of the most remote communities in the lower 48 states. The only ways to get into Supai are to take a helicopter, hike, ride a mule or horse along the Havasupai Trail, or possibly raft in from the Colorado River (followed by a lengthy hike). Supai is approximately eight miles from the nearest road, and there are no cars in the community. The trail to Supai starts at Hualapai Hilltop – which is approximately 191 miles from Grand Canyon Village

and 66 miles from Peach Springs, Arizona – and Supai is approximately 2,000 feet below Havasupai Hilltop.²

10. Based on information from BIA police officers in Supai, there is a significant drug and alcohol problem in Supai. Intoxicating liquor is illegal to possess on the Havasupai Indian Reservation under both tribal and federal law. *E.g.*, 18 U.S.C. § 1156. Based on my training and information provided to me by BIA police officers in Supai, I know that the possession and/or use of intoxicating liquor on the Havasupai Indian Reservation is a serious problem, which often leads to other criminal offenses such as assault and domestic abuse. The BIA police in Supai also have informed me that methamphetamine has made its way into Supai and that the possession and use of marijuana also continues to be problem in Supai.

### Investigation/Probable Cause

11. SUBJECT PARCELS 1 and 2 were intercepted prior to delivery in Supai, AZ, and they were sent to my office in Phoenix, Arizona. SUBJECT PARCEL 1 and SUBJECT PARCEL 2 are currently located at the main United States Post Office at 111 W Monroe St, Suite 900, Phoenix, AZ 85003, which is in the District of Arizona.

12. On July 15, 2022, I retrieved Subject Parcel 1 and 2 from the Inspection Service Office Technician (ISOT) at my office. Part of the ISOT's duties is to

---

² Based on my training, I know that Supai is the only place in the United States where mail is still carried in and out by horses or mules. There is a U.S. Post Office in Supai, Arizona.

retrieve mail from the mail room of the building and sort it and deliver it to employees.

13. I examined the subject parcels and noted that they had characteristics typically associated with alcohol packaging. Specifically, the contents of the parcels were heavy on one end and the sound of plastic packaging material can be heard against cardboard when the parcels are handled. Both parcels do not have any handwritten address information on them, and no names appear anywhere on the parcel. Based on my training and experience shippers of contraband will use fictitious or no names to assist in concealing their identities.

14. The SSK's only accept credit or debit cards for payment. The credit/debit card number is captured by the SSK and at the same time a picture of the mailer is taken. The Self-Service Kiosk (SSK) Photo website provides users with the ability to view and download SSK images of customers that were taken during their SSK transaction. These photos are often used in identifying suspects involved in fraudulent activity. SSK images can be pulled up to 120 days after the transaction date.

15. On July 19, 2022, I requested a USPIS Contract employee obtain the SSK photographs for both parcels. The photographs showed the same female mailed both subject parcels.

16. On July 20, 2022, I sent a copy of the photographs to Bureau of Indian Affairs Agent Pujols who informed me he thought the female was Lataya Jones. Agent Pujols also told me that Jones was currently on federal probation.

17. On July 20, 2022, I contacted US Federal Probations Officer Valdivia. Officer Valdivia advised although she did not supervise Jones, she was familiar with her and thought the female in the SSK photographs was Lataya Jones. Officer Valdivia advised that Jones was currently on probation, and she has a "no alcohol" stipulation.

18. On August 3, 2022, after attempting, unsuccessfully, to contact Jones via telephone, I requested Bureau of Indian Affair's (BIA) Agents tell Jones that I was wanting to speak to her. BIA Agents attempts to locate Jones were unsuccessful.

19. On August 22, 2022, Federal Probation Officer Alexis Mesko provided me a phone number for Jones.

20. On August 23, 2022, I dialed the number Officer Mesko provided. A male, who identified himself as Edward Dini answered the phone. Dini eventually gave the phone to Jones who denied mailing the Subject Parcels. Dini got back on the phone and said he and Jones were in Kingman on July 4, 2022, and Jones had given birth on July 2, 2022. I told Dini that I had a picture of Jones mailing the subject parcels and that the credit card she used to pay for postage had been recorded. Dini said that Jones did not have a credit/debit card, but he did. I texted Dini a

7

picture of the mailer of the subject parcels, but he said he did not get them, and we concluded our conversation.

21. On August 23, 2022, I received an E-Mail from Officer Mesko. Officer Mesko explained that Jones had just called her and admitted that she was the female in the SSK pictures, but said she was still in the hospital on July 3 and July 4, 2022.

22. On August 24, 2022 Officer Mesko said Jones was on probation for Involuntary Manslaughter, 18 U.S.C. § 1112 and 1153 and alcohol was involved during that offense.

23. On August 24, 2022, I Spoke to BIA Agent CrazyBear. Agent CrazyBear said the male I spoke to was likely Herbert Dini, not Edward, and he may have lied about his name because he was also on probation.

### Things to Be Searched for and Seized

24. As described above, the subject parcels are believed to contain alcohol or other intoxicating liquid which are prohibited to be carried and/or sent through the U.S mails under postal statutes. 18 U.S.C. § 1716(f) and (j)(1). Further, by way of example only, the main Post Office in Kingman has a sign stating (among other things) that knowingly mailing items that are dangerous or injurious may not be sent through the mails, that there may be criminal penalties, the sign refers to the DMM (Domestic Mail Manual), and it cites Title 18, United States Code, Section 1716.

25. The things to be searched for and seized include the following:

    A. The parcels themselves.

8

B. Any postage and packaging (e.g., paper, labels, plastic bags, or sealers) and associated receipts, which evidences the use of the mails and may also contain evidence (e.g., fingerprints, DNA, and/or writing) that may assist in identifying and/or further identifying those who possessed and/or mailed the parcel in violation of federal law.

C. Any spirituous, vinous, malted, fermented, or other intoxicating liquors of any kind (alcohol) as well as any containers or additional packaging for same.

D. Any receipts or evidence of purchase for the alcohol.

E. Any indicia of ownership and/or who was the sender and/or recipient of the package, such as anything with the owner's, senders, and/or recipient's name and/or address on it.

F. The things to be searched for and seized are further described in Attachment A.

**Conclusion**

26. Based on the foregoing, I respectfully submit that there is probable cause to believe that evidence, fruits, and instrumentalities of criminal offenses (i.e., 18 U.S.C. § 1716(f)) are within the parcels described above.

27. Thus, I respectfully request the issuance of separate search warrants for SUBJECT PARCEL 1 and SUBJECT PARCEL 2. The things to be searched for and seized are specifically described in Attachment A.

Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.

August 25, 2022
Executed on (Date)

_____
Aaron E. Behnen
Postal Inspector, USPIS

__X__ Sworn by Telephone

Date/Time: _____

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2022.08.25 18:22:08 -07'00'

Camille D. Bibles
United States Magistrate Judge

10