FAX or Internet

```
                    FILED        LODGED
                    RECEIVED     COPY

                    SEP 0 1 2022

                    CLERK U S DISTRICT COURT
                      DISTRICT OF ARIZONA
                    BY                DEPUTY
```

UNITED STATES DISTRICT COURT

for the

District of Arizona

In the Matter of the Search of
Priority Mail Parcel 9505506633962185666285
addressed to PO BOX 91
Supai AZ 86435

Case No. 22-04319MB

### ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer.

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of  Arizona.
*(identify the person or describe the property to be searched and give its location):* **USPS Priority Mail parcel bearing USPS tracking number 9505506633962185666285, addressed to " PO BOX 91 Supai, AZ 86435," with no return address. It is a Priority Mail Large Flat Rate box; measuring approximately 12.25 X 12 X 6 inches; weighing approximately 8lbs 1 oz; postmarked July 4, 2022; and bearing $21.50 in postage.  This parcel is referred to as SUBJECT PARCEL 1.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):* **See Attachment A.**

I find that the affidavit(s), or any recorded testimony, have been communicated by reliable electronic means and establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before

September 8, 2022
*(not to exceed 14 days)*

[X] in the daytime  6:00 a.m. to 10 p.m.     [ ] at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Any U.S. Magistrate Judge in the District of Arizona   .
*(Name)*

[ ] I find that immediate notification may have an adverse result as specified in 18 U.S.C. §3103a (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  [ ] for _____ days *(not to exceed 30).*
[ ] until, the facts justifying, the later specific date of _____

Date and Time Issued:  _____  **Camille D. Bibles** Digitally signed by Camille D. Bibles
Date: 2022.08.25 18:20:07 -07'00'
*Judge's Signature*

City and State:  Flagstaff, Arizona             Camille D. Bibles, United States Magistrate Judge

## ATTACHMENT A

### THINGS TO BE SEARCHED FOR AND SEIZED FROM THE SUBJECT PARCEL

1. The subject parcel/package described in the search warrant.

2. Any postage and packaging (e.g., paper, labels, plastic bags, or sealers) and associated receipts.

3. Any spirituous, vinous, malted, fermented, or other intoxicating liquors of any kind (alcohol) as well as any containers or additional packaging for same.

4. Any receipts or evidence of purchase for the alcohol.

5. Any indicia of ownership and/or who was the sender and/or recipient of the package, such as anything with the owner's, sender's, and/or recipient's name and/or address on it.

| Return | | |
|---|---|---|
| Case No.:<br>22-04319MB | Date and time warrant executed:<br>August 26, 2022, 12:08PM | Copy of warrant and inventory left with: |
| Inventory made in the presence of: Inspector Aaron Behnen and William Melvin | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>- Priority Mail Parcel 9505506633962185666285<br>- Bubble Wrap<br>- Burlap basmati rice bag<br>- Eight (8) 375ml bottles of Ten High sour mash bourbon whiskey | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/26/2022

*Executing Officer's Signature*

Aaron E. Behnen, United States Postal Inspector
*Printed Name and Title*